IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMELL EASON,

    Petitioner,                            No. CIV S-08-0150 LKK GGH P

    vs.

ATTORNEY GENERAL FOR
THE STATE OF CALIFORNIA,

    Respondent.                           ORDER

_____/

        Petitioner, an inmate in federal custody, has filed an application purportedly pursuant to 28 U.S.C. § 2254. In addition, however, to having failed either to file an in forma pauperis affidavit or to pay the required filing fee ($5.00), see 28 U.S.C. §§ 1914(a); 1915(a), it is unclear whether petitioner intends to challenge a state or federal court sentence. If petitioner is challenging only a state court sentence, he must clarify that he is now serving that sentence but is nevertheless in federal custody. The petition will be dismissed with leave to amend. Petitioner will also be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The petition is dismissed with leave to amend within thirty days;

1

2. Should petitioner filed an amended petition, he must submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

3. Petitioner's failure to comply with any part of this order will result in the dismissal of this action;

4. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form and a copy of the form for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 used in this district.

DATED: 03/04/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
easo0150.dis